**LEONG WAH SUT, alias Leong Hoy Mow, Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Ninth Circuit. March 25, 1929.

Rehearing Denied April 22, 1929.

No. 5594.

George S. Curry, of Honolulu, Hawaii, and Wilmer H. Eberly, of San Francisco, Cal., for appellant.

Sanford B. D. Wood, U. S. Atty., and Charles H. Hogg, Asst. U. S. Atty., both of Honolulu, Hawaii, and George J. Hatfield, U. S. Atty., and George M. Naus, Asst. U. S. Atty., both of San Francisco, Cal.

Before RUDKIN and DIETRICH, Circuit Judges, and BEAN, District Judge.

DIETRICH, Circuit Judge. In all legal aspects the record in this case is identical with that of Leong Kwai Yin v. United States (C. C. A.) 31 F.(2d) 738 (No. 5581), this day decided, and consistently with the conclusion there reached, the judgment will be

Reversed.